JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

MOJTABA FASIHI RAMANDI,

Petitioner,

v.

JAMES JANECKA, *et al*.

Respondents.

Case No.: 5:26-cv-00592-MRA-MBK

**ORDER GRANTING THE PARTIES' JOINT PROPOSED GRANT OF PETITION ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241**

On February 24, 2026, the Court granted Petitioner's request for a temporary restraining order and ordered Petitioner's release, finding that Petitioner had demonstrated that he was likely to succeed on his claims challenging his re-detention. Dkt. 10. The Court subsequently issued a preliminary injunction that provided substantially the same relief. Dkt. 13. In their Answer, Respondents argued that Petitioner's release mooted his claims for relief but did not oppose his claims on the merits. Dkt. 15.

On July 2, 2026, the parties filed a stipulation proposing that the Court grant the Petition and issue a judgment largely consistent with the preliminary injunction. Dkt. 18. Specifically, the Parties propose that:

> the Petition [Dkt. 1] now be granted and that judgment entered by the Court accordingly at this juncture, without requiring any further proceedings, consistent with the reasons and findings that are already set forth in the PI Order, except for page 3, lines 10-15. Respondents respectfully preserve their objections to the merits of such a judgment granting the Petition and the PI Order that it is based upon, however, for the purposes of potential appeal.

*Id*.

Upon consideration of the parties' Joint Request for the entry of judgment and for good cause shown, IT IS ADJUDGED that the Petition is granted consistent with the reasoning of the Court's preliminary injunction order, except for page 3, lines 10-15. This order is without prejudice to Respondents' ability to appeal this final order and judgment based on the arguments set forth in their Answer, which did not address the merits of Petitioner's claim.

**IT IS SO ORDERED.**

DATE: July 31, 2026

HON. MONICA RAMIREZ ALMADANI
UNITED STATES MAGISTRATE JUDGE